UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
May 13, 2024 1:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /5-14

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SIX PIECES OF ASSORTED JEWELRY,

    Defendant.
_____/

JUANISHA MONTGOMERY,

    Claimant.
_____/

Civil No. 1:23-cv-00425

Hon. Jane M. Beckering
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE that Tyrone Eugene Henderson hereby moves this Court to quash the United States' subpoena which was served upon **CAPITAL ONE BANK (USA) N.A.** in the above-referenced matter. In support of this motion, the Court is respectfully referred to the attached Affidavit.

By: _/s/ Tyrone E. Henderson_
TYRONE EUGENE HENDERSON

Tyrone E. Henderson
Reg # 09057-040
Gilmer FCI
P.O. Box 6000
Glenville, WV 26351

CHARLESTON WV   250

10 MAY 2024 PM 3  L



United States District Court Clerk,
Western Michigan
110 Michigan Street NW
Grand Rapids, MI 49503

49503-236399