UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SIX PIECES OF ASSORTED JEWELRY,

    Defendant.
_____/

JUANISHA MONTGOMERY,

    Claimant.
_____/

Civil No. 1:23-cv-00425

Hon. Jane M. Beckering
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

**AFFIDAVIT**

TYRONE EUGENE HENDERSON of full age being duly sworn upon oath deposes and says:

1. On or about May 3, 2024, a subpoena was issued upon: Capital One Bank (USA) N.A.

2. I am the customer whose records are being requested by the Government.

3. I object to the release of my records for the following reason(s): Bank Secrecy Act (31 USC § 5311, et seq.); United States v. Gratkowski, 964 F.3d 307 (5th Cir. 2020); and 4th Amendment's entitlement to privacy. In addition, the information sought was unlawfully seized by state officers without a warrant

Name: Tyrone eugene Henderson

EXECUTED UNDER PENALTY OF PERJURY (28 USC § 1746), THIS 9th DAY of MAY, 2024.

Signature: /s/ Tyrone E. Henderson

Sworn and subscribed to before me on this _____ date of 2024.
_____, Notary Public
State of _____
County of _____
My Commission expires: _____