UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

524 FLORENCE STREET, KALAMAZOO, MICHIGAN and
SIX PIECES OF ASSORTED JEWELRY,

    Defendants.
_____

JUANISHA SHADEAN MONTGOMERY,

    Claimant.
_____/

Case No. 1:23-cv-425

HON. JANE M. BECKERING

## ORDER

This is a civil action. On September 4, 2024, the Magistrate Judge issued a Report and Recommendation (ECF No. 69), recommending that Claimant Juanisha Shadean Montgomery's claim be dismissed pursuant to Fed. R. Civ. P. 41(b) and (c) and W.D.Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 69) is APPROVED and ADOPTED as the Opinion of the Court, and Claimant Juanisha Shadean Montgomery's claim is DISMISSED for want of prosecution and failure to comply with the rules and orders of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than October 9, 2024, move for an entry of default as to Defendant Six Pieces of Assorted Jewelry, if any.


Dated: September 25, 2024                                             /s/ Jane M. Beckering
                                                                                          JANE M. BECKERING
                                                                                          United States District Judge